# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136920

GRIEVANCE ADMINISTRATOR,
    Petitioner-Appellee,

v              SC: 136920
              ADB:  05-29-GA

JOEL S. GEHRKE,
    Respondent-Appellant.

_____/

   By order of August 7, 2008, this Court granted immediate consideration and a stay of the Attorney Discipline Board's June 10, 2008 order regarding the payment of restitution.  On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The stay is DISSOLVED.



   I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008                       _____
                                 Clerk

p0915